# In the United States District Court for the Southern District of Georgia
## Waycross Division

DANA TURNER,

    Plaintiff,

v.

UNITED AIRLINES,

    Defendant.

CV 524-023

### ORDER

Plaintiff initiated this civil rights action on April 1, 2024. Dkt. No. 1. Therefore, Plaintiff was required to serve Defendant on or before July 1, 2024. Fed. R. Civ. P. 4(c), (m). To date, Defendant has not been served with process and has not appeared in this action. Plaintiff has **fourteen (14) days** from the date of this Order to show good cause why she has not effected service on Defendant. Fed. R. Civ. P. 4(m); 12(b)(5). Plaintiff's failure to comply with the Court's Order will result in dismissal of this action without prejudice.

**SO ORDERED**, this 21 day of August, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA